## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR75 |
| v. | ) | |
| MICHAEL L. ANDREWS, | ) | ORDER |
| Defendant. | ) | |

The Court has been advised by counsel that the defendant requests permission to enter a plea of guilty. The Court is further advised that the defendant will consent to Magistrate Judge Gossett conducting the hearing on the plea of guilty.

**IT IS ORDERED:**

1. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant.

2. A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Gossett on **July 27, 2004 at 2:00 p.m.** in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. At least **two (2) working days** in advance of the plea proceeding above, counsel for plaintiff and for defendant shall provide to the undersigned magistrate judge a copy of the following:

   a) a copy of the Petition to Enter A Guilty Plea;
   b) a copy of any plea agreement; and
   c) a copy of any charging document not yet on file.

**Failure to meet this deadline will cause the plea proceeding to be cancelled.**

4. On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

**DATED June 20, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**