IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR75** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **MICHAEL L. ANDREWS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on a Report and Recommendation (Filing No. 61) of a Magistrate Judge recommending that I accept the Defendant's plea of guilty. There are no objections to the Report and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record.

I note that the Defendant faces a period of supervised release of up to 5 years with respect to Count IV, which as a Class A Felony carries a statutory penalty of at least 5 years, consecutive. 18 U.S.C. §§ 3559(a)(1) & 3583(b)(1).

Also, although questions 12(a)( and (b) were not completed in the Petition, I find that the substance of those questions was covered in the change of plea hearing.

IT IS ORDERED:

1. The Report and Recommendation (Filing No. 61) is adopted;

2. The Defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, voluntary, and that a factual basis exists for the plea;

3. I defer acceptance of the plea agreement until the time of sentencing pursuant to Federal Rule of Criminal Procedure 11(c)(3). Unless otherwise

stated at the time of sentencing, the plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence; and

4. This case shall proceed to sentencing.

DATED this 1st day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge