IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR75** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **MICHAEL L. ANDREWS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to continue sentencing (Filing No. 93).

The motion is denied. The possibility of self-surrender will be discussed at sentencing.

IT IS ORDERED that the Defendant's motion to continue sentencing (Filing No. 93) is denied.

DATED this 28th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge