IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR75 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL L. ANDREWS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion to extend his self surrender date to one month following January 6, 2006 (Filing No. 104).

The Court will grant the request to continue the self surrender date. However, the Court strongly cautions that it is highly unlikely that any further continuances will be granted.

IT IS ORDERED:

1. The Plaintiff's motion to extend his self-surrender date (Filing No. 104) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, February 6, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall immediately hand-deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 5th day of January, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge