PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JAN 23  PM 2: 03

OFFICE OF THE CLERK

# United States District Court
District of Nebraska

## District of Nebraska

| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Michael Andrews | ) | Case No. 8:05CR75 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Michael Andrews, have discussed with Lisa L. Caviness, Pretrial Services Officer, modification of my release as follows:

Condition (7)(r) is no longer in effect.  The defendant will no longer be required to participate in the Home Confinement Program and Electronic Monitoring.

I consent to this modification of my release conditions and agree to abide by this modification.

_Michael L. Andrews_   _1-10-06_   _Lisa L. Caviness_   _1-10-06_
Signature of Defendant        Date        Pretrial Services  Officer        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Raymond D Curry_   _1/13/06_
Signature of Defense Counsel        Date

[X]   The above modification of conditions of release is ordered, to be effective on _1/23/06_.

[ ]   The above modification of conditions of release is not ordered.

_signature_   _1/23/06_
Signature of Judicial Officer        Date