IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR75 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL L. ANDREWS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to extend the Defendant's self surrender date to February 27, 2006 (Filing No. 111).

IT IS ORDERED:

1. The government's motion to extend the Defendant's self surrender date to February 27, 2006 (Filing No. 111) is granted;

2. The Defendant shall report no later than 2:00 p.m. on February 27, 2006, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 31st day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge